## Jeffrey Allen LARSON, Plaintiff—Appellant,

v.

**Ed ADAMS, Department of Labor and Industry for Vocational Rehabilitation; United States District Court for Eastern District of Virginia; David Sharp, Counselor, Texas Department of Assistive and Rehabilitative Services; Pam Pudelka, Counselor, Del Mar College; Walter Theme, III, Counselor, Del Mar College; Victim Assistance Program; Officer Dominiguez, Badge 1198; Corpus Christi Police; Terry Baily, TDCJ Headquarters; Yuonne Marlinez Denko, Corrections Training Division for the State of New Mexico; Rafa Smith, Doc Headquarters, Defendants—Appellees.**

No. 09–2042.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2010.

Decided: May 17, 2010.

Jeffrey Allen Larson, Appellant Pro Se.

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Allen Larson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Larson v. St. Paul Dept. of Labor in Minnesota*, No. 5:08–cv–00437–FL, 2008 WL 5338208 (E.D.N.C. Dec. 19, 2008). We deny Larson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*